```
           FILED            ENTERED
           LODGED           RECEIVED

                                    JUN - 4 2004   TJO     CLOSED
            U.S. District Court              BALTIMORE
   Southern District of Florida (FtLauderdale) CLERK U.S. DISTRICT COURT
                                              DISTRICT OF MARYLAND
      CIVIL DOCKET FOR CASE #: 04-CV-60420  BY
                                                         DEPUTY
```

Cullen v. Templeton Growth, et al                   Filed: 04/01/04
Assigned to: Judge K. Michael Moore       Jury demand: Plaintiff
Demand: $50,000                           Nature of Suit:  850
Lead Docket: None                       Jurisdiction: Federal Question

Cause: 15:0078 Securities Exchange Act

*JFM 04cv 1613* (handwritten)

**ANITA CULLEN**                 Andrew S. Friedman
   plaintiff                 [COR LD NTC]
                              Holland & Knight
                              701 Brickell Avenue
                              Suite 3000
                              Miami, FL 33131
                              305-374-8500

                              Andrew Steven Friedman
                              FTS 274-1199
                              [COR LD NTC]
                              Francis J. Balint, Jr.
                              FTS 274-1199
                              [COR LD NTC]
                              Bonnett Fairbourne Friedman &
                              Balint
                              2901 N Central Avenue
                              Suite 1000
                              Phoenix, AZ 85012-3311
                              602-274-1100

                              Eugene Y. Barash
                              [COR LD NTC]
                              Korein Tillery
                              701 Market Street
                              Suite 300
                              St. Louis, MO 63101
                              314-241-4844

                              George A. Zelcs
                              FTS 641-9751
                              [COR LD NTC]
                              Korein Tillery
                              3 First National Plaza
                              70 W Madison Street
                              Suite 660
                              Chicago, IL 60602
                              312-641-9751

                              Stephen M  Tillery

> Certified to be a true and
> correct copy of the document on file
> Clarence Maddox, Clerk,
> U.S. District Court
> Southern District of Florida
> By _[signature]_
>                          Deputy Clerk
> Date 6/2/04

```
Proceedings include all events.                                              JJO
0:04cv60420 Cullen v. Templeton Growth, et al                           CLOSED
                                    [COR LD NTC]
                                    Korein Tillery
                                    10 Executive Woods Court
                                    Swansea, IL 62226-2030
                                    618-277-1180


     v.


TEMPLETON GROWTH FUND, INC.         Sidney Alton Stubbs, Jr.
     defendant                      FTS 650-0409
                                    561-659-3000
                                    [COR LD NTC]
                                    Jones Foster Johnston & Stubbs
                                    505 S Flagler Drive
                                    Suite 1100 PO Box 3475
                                    West Palm Beach, FL 33402-3475
                                    561-659-3000

                                    Glenn E. Davis
                                    FTS 612-2241
                                    [COR LD NTC]
                                    Frank N. Gundlach
                                    [COR LD NTC]
                                    Armstrong Teasdale Schlafly &
                                    Davis
                                    One Metropolitan Square
                                    211 N Broadway
                                    Suite 2600
                                    St. Louis, MO 63102-2740
                                    314-621-5070

                                    Martin I. Kaminsky
                                    FTS 575-6560
                                    [COR LD NTC]
                                    Edward T. McDermott
                                    [COR LD NTC]
                                    Daniel A. Pollack
                                    FTS 575-6560
                                    [COR LD NTC]
                                    Anthony Zaccaria
                                    [COR LD NTC]
                                    Pollack & Kaminsky
                                    114 W 47th Street
                                    Suite 1900
                                    New York, NY 10036
                                    212-575-4700


TEMPLETON GLOBAL ADVISORS           Sidney Alton Stubbs, Jr
LIMITED                             (See above)
     defendant                      [COR LD NTC]


Docket as of June 2, 2004 9:31 am                        Page 2
```

Proceedings include all events.                                         JJO
0:04cv60420 Cullen v. Templeton Growth, et al                           CLOSED

                Glenn E. Davis
                (See above)
                [COR LD NTC]
                Frank N. Gundlach
                (See above)
                [COR LD NTC]

                Martin I. Kaminsky
                (See above)
                [COR LD NTC]
                Edward T. McDermott
                (See above)
                [COR LD NTC]
                Daniel A. Pollack
                (See above)
                [COR LD NTC]
                Anthony Zaccaria
                (See above)
                [COR LD NTC]

Proceedings include all events.                                               JJO
0:04cv60420 Cullen v. Templeton Growth, et al                          CLOSED

ANITA CULLEN

       plaintiff

  v.

TEMPLETON GROWTH FUND, INC.; TEMPLETON GLOBAL ADVISORS
LIMITED

       defendant

Proceedings include all events.                                          JJO
0:04cv60420 Cullen v. Templeton Growth, et al                            CLOSED

| Date | # | Entry |
|---|---|---|
| 4/1/04 | 1 | ORDER TRANSFERRING CASE from: USDC Southern District of Illinois; Magistrate Judge John J. O'Sullivan (ss) [Entry date 04/05/04] |
| 4/1/04 | 2 | Original file and docket sheet (consisting of pleadings 1 through 30) received from Southern District of Illinois (ss) [Entry date 04/05/04] |
| 4/6/04 | 3 | PRETRIAL ORDER filed: ( Signed by Judge K. M. Moore on 4/6/04) [EOD Date: 4/7/04] (cj) [Entry date 04/07/04] |
| 4/19/04 | 4 | MOTION by Templeton Growth, Templeton Global (Attorney Sidney Alton Stubbs Jr.) to adjourn deadlines (cj) |
| 4/20/04 | 5 | NOTICE of filing attached letter dated 2/24/04 by Templeton Growth, Templeton Global (cj) |
| 4/20/04 | 6 | NOTICE of filing inadvertiently omitted case citation and corrected reply memorandum of law in spport of their motion for preliminary injuncation by Anita Cullen (cj) |
| 4/21/04 | 13 | ORDER granting in part, denying in part [4-1] motion to adjourn deadlines (Signed by Judge K. M. Moore on 4/21/04 [EOD Date: 4/22/04] (mh) [Entry date 04/22/04] |
| 5/26/04 | 14 | CONDITIONAL TRANSFER ORDER (CTO- 4) transferring case District of Maryland re: MDL # 1586 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge J. Frederick Motz. ( Signed by Michael J. Beck, Chairman of the Panel, on 5/19/04) (ct) [Entry date 05/27/04] |
| 5/26/04 |  | CASE CLOSED  Case and Motions no longer referred to Magistrate. (ct) [Entry date 05/27/04] |