# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                   Reply to Northern Division Address

June 9, 2004

RE:   Cullen v. Templeton Growth Fund, Inc. et al
      JFM-04-1613

Dear Counsel:

    The above-entitled case was received and docketed in this Court on 6/4/04, having been transferred from the USDC Southern District of Florida (Ft. Lauderdale). This case is subject to electronic case filing. Further information can be found at www.mdd.uscourts.gov.

    It has been assigned to Judge J. Frederick Motz. The file number is listed above and all future questions should be referred to Claudia Gibson.

                                       Sincerely,

                                       FELICIA C. CANNON, CLERK

                                By:   /s/
                                        Ramona Farrow
                                        Deputy Clerk

cc:   Court File

U.S. District Court (11/1999) - Local Rule 101 Letter to Counsel

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov